McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
2500 Tulare Street, Room 4-401
Fresno, California 93721
Telephone: (559) 497-4000

FILED

AUG 14 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   1:06-CR-00158 OWW
                                    )
              Plaintiff,            )   (Proposed)
                                    )
       v.                           )   ORDER DECLARING REVOCATION AND
                                    )   FORFEITURE OF BOND
TOMAS MAURICIO REVUELTA,            )
                                    )
              Defendant.            )
                                    )
_____)

The defendant having violated the conditions of his release, and his current whereabouts are unknown,

IT IS HEREBY ORDERED that the appearance bond on the above-named defendant is revoked and ordered forfeit. The U.S. Attorney shall take all necessary steps in regard to forfeiture of the monies posted with the Court to secure the bond.

DATED: ~~June~~ 8-14-, 2007

_____
HONORABLE OLIVER W. WANGER
U.S. District Judge

1