McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

FILED

AUG 14 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-158 OWW |
| Plaintiff, ) | ORDER DIRECTING ENTRY OF FINAL JUDGMENT OF FORFEITURE OF BOND (~~PROPOSED~~) |
| v. ) | |
| TOMAS MAURICIO REVUELTA, ) | |
| Defendant, and ) Surety. ) | DATE: August 13, 2007 TIME: 9:00 a.m. DEPT: Two Honorable Oliver W. Wanger |

The United States of America having moved for an order directing the Clerk of the United States District Court to enter judgment of default against the defendant and surety, TOMAS MAURICIO REVUELTA, in the amount of One Hundred Fifty Thousand Dollars ($ 150,000); and it appearing to the Court from the entire record that the requested relief should be granted,

IT IS HEREBY ORDERED, that the Clerk of the United States District Court is hereby directed to enter judgment against the defendant Tomas Mauricio Revuelta, as principal and surety, in the amount of One Hundred Fifty Thousand Dollars ($ 150,000).

Dated: August __14__, 2007

HONORABLE OLIVER W. WANGER
United States District Judge

I