# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGMENT |
| Plaintiff, | ) | CASE NO: 1:06-cr-0158 OWW |
| vs. | ) | |
| TOMAS MAURICIO REVUELTA, | ) | |
| Defendant, and Surety. | ) | |

DECISION BY THE COURT: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is hereby entered against the defendant Tomas Mauricio Revuelta, as principal and surety, in the amount of One Hundred Fifty Thousand Dollars ($150,000) in accordance with the Court's order of 08/14/2007.

ENTERED: August 22, 2007          VICTORIA C. MINOR, Clerk

                                  By: /s/ S. Arellano
                                       Deputy Clerk